```
FILED          RECEIVED
ENTERED        SERVED ON
       COUNSEL/PARTIES OF RECORD

            NOV 19 2015

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:                                DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

   Plaintiff,

-vs-

ARNOLDO NAVAREZ-GANDARILLA

   Defendant.

Case No. 2:15-CR-325

ORDER

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of Order, unless the government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in Charge, Department of Homeland Security, Immigration and Custom Enforcement, Las Vegas, Nevada.

DATED this 19th day of Nov, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

1