# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>ARNOLDO NAVARREZ-GANDARILLA,<br><br>       Defendant. | 2:15-cr-00325-KJD-VCF<br><br>**ORDER** |

Before the court is Defendant's Motion to Withdraw as Counsel for Defendant (ECF No. 23).

IT IS HEREBY ORDERED that a hearing on Defendant's Motion to Withdraw as Counsel for Defendant (ECF No. 23) is scheduled for 10:00 a.m., June 9, 2016, in courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 3rd day of June, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE